## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL P. COPELAND,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. CIV-13-1072-D |
| **ARCHER PRESSURE PUMPING LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Michael P. Copeland, hereby stipulates with the Defendant Archer Pressure Pumping LLC, that this action shall be dismissed with prejudice.  Each party will bear its own costs and attorneys' fees.

This 20th day of August, 2014

                                          s/Mark Hammons
                                          Mark Hammons, OBA #3784
                                          Amber Hurst, OBA # 21231
                                          *(Signed by Tanya S. Bryant with permission of Mark Hammons)*
                                          Hammons, Gowens, Hurst & Associates
                                          325 Dean A. McGee
                                          Oklahoma City, OK 73102
                                          (405) 235-6100
                                          (405) 235-6111 (Facsimile)
                                          mark@hammonslaw.com

                                          ATTORNEYS FOR PLAINTIFF

  /s Tanya S. Bryant
Courtney K. Warmington, OBA #18486
Tanya S. Bryant, OBA #20170
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
courtney.warmington@crowedunlevy.com
tanya.bryant@crowedunlevy.com

ATTORNEYS FOR DEFENDANT